No. 665. AGLES *v.* STOLZE LUMBER Co. See *ante,* p. 604.

.No. 675. POFFENBARGER *v.* ADERHOLD, WARDEN. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Fred Poffenbarger, pro se.* No appearance for respondent.

No. 677. DAVIS *v.* HOLLOWELL, WARDEN. January 8, 1934. Petition for writ of certiorari to the Supreme Court of Iowa, and motion for leave to proceed further *in forma pauperis* denied. *Mr. James Davis, pro se.* No appearance for respondent.

No. 590. PHILADELPHIA FIRE & MARINE INSURANCE Co. *v.* UNITED STATES. January 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Craig Peacock* and *John W. Townsend* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Paul A. Sweeney* and *H. Brian Holland* for the United States.

Nos. 622 and 623. CABLE RADIO TUBE CORP. *v.* RADIO CORPORATION OF AMERICA ET AL. January 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank C. Laughlin* for petitioner. *Messrs. Charles Neave* and *Stephen H. Philbin* for respondents.